IN THE UNITED STATES DISTRICT COURT Eastern

No: CV-No-20-4680

*********

Caney Abney, pro-se plaintiff  : CV20-4680

vs.  : Judge C. Darnell Jones II

: Jury Trial

Connect Care Solutions et.al.  : No-2:20-cv-4680CDJ

RECEIVED OCT - 7 2021

<u>Plaintiff reply to defendants Sober/Sipple 9/23/21 missive:</u>

TO THE USDCJ C. Darnell Jones II::

Not obligated to but matters warranted clarification upon Fed.R.Cv.P. rules in specific <u>privilege/confidential</u> discovery exemptions, pro-se plaintiff Caney Abney addresses for clarificational causes that the missive entered is moot and offer the justification why discovery sanctions can't be entered against the defendants Sober/Sipple for failure to completely and timely answer the mitigated non-burdenson discovery compel request of plaintiff before your honor for dispositions and states:

Plaintiff commenced this suit against defendants Sober and Sipple high prison officials in a medical deliberate indifference and various U.S. Const. rights including but not limited to cruel and unusual punishment.

Defendants CCS are in default for failure to answer the complaint served by the U.S. Marshals 3½ months ago but only responded to plaintiff entry of default to the Clerk of court USDC.

Herein at issue is the defendants smokescreen claim that discovery sought is burdensome and extends over 8-yrs. Although the medical deliberate indifference dies extend that far even further because plaintiff is insulin dependant and the deliberate indifference affected his kidney (cystic illness) and his health is rapidly failure as a result of matters complained upon even though the exhibits proffered as evidence in the form of various grievances plaintiff argument resides purely within the current 2-two year frame no further then 5-months at this instant time.

Discovery is to discover and uncover tangible data material etc. material and pertinent to the matters articulated in the complaint. Only Fed.R.CV.P. discovery deemed and authenticated/genuined as <u>privilege and confidential</u> are prevented being furnished. In the defendants 9/23/2 missive they never labled the discovery (any) as stated above and the Fed.R.Cv.P. rules state if a party state a claim of privilege/confidential they must prove same to the courts. And that a claim of burdensome is not a legal justification for not furnishing discovery plaintiff is by law entitled to especially if

plaintiff had counsel surely that counsel would not been rejected the same discovery a pro-se litigant sought/seeks

WHEREFORE the 9/23/21 missive is moot plaintiff and will continue to demand the discovery he's entitled to by law.

Respectfully Submitted:        10/5/21

*Carey Abney*
pro-se plaintiff:

CERTIFICATE OF SERVICES:

I C. Abney certify that a true and correct copy of same has been served upon the Pa. Attorney Generals Offices postage prepaid via 1st class mail to:

A.R. Ferrante, esq.
Correct Care Solutions LLC
716 N. Bethlehem Pike Ste. 208
Lower gwynedd Pa. 19002
(1-copy)
and
A.G. Offices Kevin Bradford ADAG, esq.
1600 Arch St. ste. 300
Phila. PA. 19103
(1-copy)

*Carey Abney*
pro-se plaintiff      ~~Sept. 8, 2021~~
                      10/5/21



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

JOSH SHAPIRO
ATTORNEY GENERAL

Civil Litigation Section
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Telephone: (215) 560-2262
Fax: (717) 772-4526
kbradford@attorneygeneral.gov

September 23, 2021

Smart Communications/PADOC
Carey Abney, DB-8288
SCI-Phoenix
P.O. Box 33028
St. Petersburg, FL 33733

Re: **Abney v. Correct Care Solutions, et al., No. 20-4680 (E.D.Pa.)**

Dear Mr. Abney:

I am in receipt of your requests for documents. As you are aware by now, I have filed a motion to dismiss on behalf of my two clients, Jamie Sorber and Mandy Sipple. That motion is based exclusively on exhaustion of administrative remedies, which in this case pertains to your use of the Department of Corrections' ("DOC") grievance system. To the extent that you seek relevant grievance records, they are enclosed. Specifically, I attach a DOC spreadsheet reflecting your grievance activity since at least 2013. Although it appears from exhibits to your filings you already have copies, I also attach the documentation maintained at SCI Phoenix for Grievance Nos. 834390, 816106, and 882001. As the spreadsheet shows, these are the only grievances from 2018 to present that in any way pertain to your medical/health care.

The remainder of your requests seek several years of your medical records. They are burdensome to retrieve and produce. While these records may contain information relevant to your underlying claims (to the extent they relate to events and conditions described in the complaint), they are not relevant to my pending motion, which determines whether the case moves forward. I therefore kindly ask that you agree to put on hold your remaining requests until after the Court's ruling on the motion to dismiss. In the meantime, you may obtain any medical records directly from your current institution, pursuant to the process set forth on page 26 of the inmate handbook ("Release of Information") and DC-ADM 003.

Sincerely,

Kevin R. Bradford
Senior Deputy Attorney General

KB/ARC
Enclosures
Cc: Alexander R. Ferrante (via e-mail only; w/ enclosures)

# Facility Manager's Appeal Response



SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

12/10/2019 09:44

| | | | |
|---|---|---|---|
| Inmate Name: | ABNEY, CAREY | DOC #: | DB8288 |
| Facility: | Phoenix | Unit Location: | D / A |
| Grievance #: | 834390 | | |

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

**Decision: Uphold Response**

It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

I am in receipt of your grievance appeal in which you state that you have complained about pain in your lower left abdomen and groin area. You claim that you have seen Medical staff who have prescribed you medications, suggestions, and nothing has eased or stopped the pain. You are requesting medical treatment that Medical will not or cannot provide. You are requesting immediate attention as the pain is affecting your left hip, both of your legs, lower back, and making walking difficult and painful.

In my investigation, I find that the response by Deputy Sipple is appropriate as you are receiving medical attention for your complaints and additional testing has been requested.

Additional information will not be addressed, as it was not included in your initial appeal.

I must therefore, uphold the decision of the grievance officer and deny your appeal.

Signature: *[signed]*
Name: T. Ferguson
Title: Facility Manager
Date: 12-10-19

cc: DC-15
    File

---

DC-ADM 804, Inmate Grievance System Procedures Manual        Issued: 1/26/2016  Effective: 2/16/2016
Section 2 - Appeals, Attachment 2-B

DB8288    Grievance #: 834390                                                     Page 1 of 1

ABNEY, CAREY
(Produced 9/23/2021)                                                             DOC 0002



# Initial Review Response
### SCI Phoenix
### 1200 Mokychic Drive
### Collegeville, PA, 19426

11/18/2019 03:04

| | | | |
|---|---|---|---|
| Inmate Name: | ABNEY, CAREY | DOC #: | DB8288 |
| Facility: | Phoenix | Unit Location: | D / A |
| Grievance #: | 834390 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

**Decision: Grievance Denied**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

This is in response to your grievance against the medical department. You grieve that from March 2016 through October 30, 2019, the medical department has failed to address your pain management concerns. You indicate that you have seen a number of different providers, spoken with staff, and tried various medications to no avail. You write that your medical condition requires immediate attention as your pain is getting worse. You are complaining of pain in both your legs, your lower back, and your left hip. You are requesting medical treatment.

In reply to your grievance, your medical chart was reviewed. It is noted that you have several unresolved chronic conditions. You are seen regularly by providers for sick call and chronic clinic. You are also seen as part of the Temple University Treatment clinic. You are also presently prescribed seven medications.

During the provider visits you reference in your grievance, you were seen for diabetic foot issues, hernia pain, and leg cramping. It is noted that you have small hernia that protrudes with cough above your left inguinal ligament. In response, you have been referred for an ultrasound of the left inguinal. This scan is pending authorization from Wellpath. Several physicians have recommended the use of a hernia belt for which you refuse to accept or use. This lack of compliance with medical recommendations could be contributing to your continued pain. You are prescribed pain medication.

You received an ultrasound of your abdomen on September 6, 2019. This was a comparison to your previous ultrasound completed on 4/21/17. Nothing significant was noted. Follow up was recommended in 6 months, a liver ultrasound is scheduled for March 2020, and no treatment was required. You were referred to sick call for your leg cramping which was suspected to be PVD symptoms.

Based on recent examinations and testing, you are not in immediate danger. You are receiving medical attention for your complaints and additional testing has been requested. You are not adhering to prescribed durable medical devices that could assist with your symptom management. You are also not fully medication compliant, which could have a negative impact on your health. The medical department is seeing your routinely and providing adequate care. You are prescribed pain medication and follow up testing is ordered. Your grievance is denied as you are being provided medical treatment and pain management assistance.

| | |
|---|---|
| Signature: | |
| Name: | M. Biser Sipple |
| Title: | |
| Approver: | G. Orlando |
| Date: | 11/18/2019 |

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 1 - Grievances & Initial Review, Attachment 1-D

Issued: 1/26/2016  Effective: 2/16/2016

DB8288    Grievance #: 834390

Page 1 of 2

ABNEY, CAREY
(Produced 9/23/2021)

DOC 0005



# Initial Review Response
SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

11/18/2019 03:04

CC: Facility Grievance Coordinator
DC-15

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 1 - Grievances & Initial Review, Attachment 1-D

Issued: 1/26/2016  Effective: 2/16/2016

DB8288   Grievance #:834390

ABNEY, CAREY

(Produced 9/23/2021)

Page2 of 2

DOC 0006

# APPEAL OF INITIAL REVIEW RESPONSE

Grievance No.# 834390
Date of Response: November 18, 2019
From: Carey Abney DB-8288
To: Facilities Manager – Tammy Ferguson (Superintendent)
Response Date: November 21, 2019


RECEIVED NOV 25 2019

## APPEAL

I received a response to my grievance against the medical department at SCI-Phoenix on November 21, 2019.

In her response Ms. Sipple (Acting CHCA) acknowledges and/or states:

a. That I have (several unresolved) medical conditions that are considered "Chronic" – establishing that I should not have been charged ($5.00) Five Dollars for my sick-call visit on September 3, 2019.

b. That I have a small hernia that protrudes with cough above my left inguinal ligament – establishing that I have a medical condition, however she is not a medical personnel therefore cannot make a prognosis as to whether or what degree of pain I am suffering.

c. That I am being prescribed "several" medication(s) which indicate that I am suffering from some medical immoralities – again she is not a medical personnel therefore cannot make a definitive prognosis as to whether and/or to what degree these medication(s) are effecting my several "Chronic" medical conditions.

d. That "Wellpath" has yet to authorize an ultra-sound examination – my request for medical aid and the pain in my left groin area was made to a (NP) Paula Purnavell on my October 30, 2019 sick-call visit.

e. That I refused to accept and/or use a hernia bell – I was only prescribed any medical department recommendation(s) or instructions, and it would be contrary to my purpose for going to sick-call.

f. That I received (2) ultra-sound… (April 12, 2017 and September 6, 2019) and nothing significant was noted, and that I am scheduled for a liver ultra-sound in March 2020, and no treatment was required – what does my liver have to do

with the pain in my groin area, they are two completely different areas.

g. That she acknowledges something called "PVD" is causing the pain and cramping in my legs, confirming an untreated cronic medical condition.

h. The she is making a medical diagnosis... ("You are not in immediate danger") "non-effective" medication – therefore I am not in non-compliance with without having sufficient medical training, how can she make such a diagnosis.

i. That by stating that I am receiving medical attention for my complaint(s) she is affirming that my medical problem(s) have not been resolved, and by stating that I am to receive further medical testing, she is also affirming that my medical problem(s) have standing.

j. That Ms. Sipple is being misled by medical personnel of SCI-Phoenix Medical Department by stating... (1) you are not adhering to prescribed durable devices; (2) you are also not fully medication compliant; these are baseless assumptions with no literal proof that these statements by the SCI-Phoenix department are factual and true.

k. That she provides no time line or dates for what she states as I'm being see routinely by SCI-Phoenix's medical department, and she is assuming that I'm receiving adequate medical care.

The denial of my grievance at this juncture in which I am and have been complaining of medical problem(s) and particularly of the pain in my groin for the past (3) three years indicates that I have not and am not receiving the needed medical treatment my condition requires, and any further delay to providing me with the appropriate, adequate and required treatment to address my medical problem demonstrates negligence on the part of SCI-Phoenix's medical departmentthat amounts to Cruel and Unusual Punishment, subjecting me to unnecessary pain and suffering.

S/ *Carey Abney*
Carey Abney DB-8288
DA- 0124
Date Filed: November 21, 2019

(Produced 9/23/2021)　　　　　　　　　　　　　　　　　　　　　　　　　　　DOC 0004

Rec'd 12/3/19  ☐ Deputy Sipple  ☐ Health Care

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
834390
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>Ms. Orlando | FACILITY:<br>SCI-Phoenix | DATE:<br>Nov. 10, 2019 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Carey Abney  DB-8288 | SIGNATURE OF INMATE:<br>Carey Abney | |
| WORK ASSIGNMENT:<br>Library (West) | HOUSING ASSIGNMENT:<br>DA-0124 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

From March 16, 2016 to October 30, 2019 I have complained about pain in my lower left abdomen and groin area. I've seen the below Medical Persons' here and at SCI-Graterford who have prescribed various medications and suggestions, and none of them have eased or stopp[ed] the pain.

**Medical Persons' (I have seen):**

Dr. Scharff   - 3/16/16; 1/3/2017
Dr. Manfre    - 3/3/2017; 6/28/2019
Dr. Lattanzi   3/5/2018

Deputy Superintendent Sipple (Acting CHCA) forwarded correspondence
(8/16/2019; 8/23/2019; 6/19/2019; 9/25/2019; 10/2/2019)

Dr. Golsorkhi    - 9/4/2019
Nurse Kelly (NP) - 9/27/2019
Nurse Purnavell    - 10/30/2019

I need medical treatment that the Medical Department here, either will not or cannot provide. My medical condition requires immediate attention because the pain is getting worse, and is affecting my left hip, both of my legs, my lower back, and walking difficult and painful!

B. List actions taken and staff you have contacted, before submitting this grievance.

SEE ABOVE:

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_M Orlando_                                               11/13/19
Signature of Facility Grievance Coordinator                 Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

RECEIVED
NOV 13 2019

*DC-ADM 804, Inmate Grievance System Procedures Manual
Section 1 – Grievances & Initial Review*
Issued: 1/26/2016
Effective (Revised 9/23/2021)

Attachment 1-A

DOC 0007
12/6/19



# Initial Review Response
## SCI Phoenix
Collegeville, PA, 19426

08/21/2019 12:56

| | | | |
|---|---|---|---|
| Inmate Name: | ABNEY, CAREY | DOC #: | DB8288 |
| Facility: | Phoenix | Unit Location: | D / A |
| Grievance #: | 816106 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

**Decision: Uphold In Part/Deny In Part**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

This is in response to your grievance about medical copayments. You grieve that on 7/3/19, you went to sick call. On 7/23/19, you were charged $10 for sick call on 7/3/19. You are indicating you have chronic conditions and should not have been charged.

In order to research your grievance, your inmate account and your medical record have been reviewed. It is confirmed that you met with CRNP Purnavel for sick call on 7/3/19. Your chief complaint during the sick call visit was a pain in your groin which has been present for several months and this upcoming urology appointment. You also requested diabetic shoes. It is noted you had a prescription refilled for Cymbalta. As the sick call visit, it had nothing to do with your chronic care issues, the request to be reimbursed for the $5 sick call visit is denied. Your request to have the $5 refunded due to your medication refill is correct. You will be reimbursed for $5.00 for erroneous charges.

| | |
|---|---|
| Signature: | |
| Name: | M. Biser Sipple |
| Title: | |
| Approver: | G. Orlando |
| Date: | 8/21/2019 |

cc: Facility Grievance Coordinator
DC-15

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 1 - Grievances & Initial Review, Attachment 1-D

Issued: 1/26/2016  Effective: 2/16/2016

DB8288   Grievance #: 816106

Page 1 of 1

ABNEY, CAREY
(Produced 9/23/2021)

DOC 0008

af: 3106751 pg 11 of 15 for CAREY ABNEY

Due 8/21/19     Deputy Sipple     Health Care

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
816100
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>Ms. Orlando | FACILITY:<br>SCI-Phoenix | DATE:<br>Aug. 1, 2019 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Carey Abney DB-8288 | SIGNATURE OF INMATE:<br>Carey Abney | |
| WORK ASSIGNMENT:<br>Library (West) | HOUSING ASSIGNMENT:<br>DA-0124 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

7/3/2019 - Went to Sick-Call;

7/23/2019 - Checked my inmate account, saw that I had been charged $10.00 Dollars for (2) Chronic Medical Conditions I've been receiving medical attention for, from a Dr. Manfre; since (7/5/2017)

8/1/2019 - Received my Monthly Statement confirming $10.00 had been deducted from my account.

I don't think I should have been charged?

B. List actions taken and staff you have contacted, before submitting this grievance.

7/23/2019 - Wrote to Dep. Supt. Sipple about above matter....

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____H. Orlando_____         8/5/19
Signature of Facility Grievance Coordinator         Date

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

RECEIVED
AUG - 5 2019

DC-ADM 804, Inmate Grievance System Procedures Manual
Section 1 – Grievances & Initial Review
Issued: 1/26/2016
Effective: 2/16/2016 (9/23/2021)

Attachment 1-A

DOC 0009
816/19

Due 8/21/20   Savage   Medical Co-Pay

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
882001
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Ms. Olando | SCI-PHOENIX | AUGUST 3, 2020 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| Carey Abney DB-8288 | Carey Abney | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| LIBRARY (WEST) | DA-1024 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On August 3, 2020 I went to the "E-triage" to get my medication renewed for an existing Hernia, which had been diagnosed on (4/21/20). On 6/2/20 Dr. DeSantis prescribed that I receive (Tylenol 3, 3 times daily) until I got my hernia repaired. Without notice my medication ran out on (7/31/20). I put in a sick call slip to get my medication renewed but was told by a "Dr. Joe" that I couldn't get it unless I filled out a cash slip, I told him my situation was chronic, he ignored that and said I couldn't get any medication until I signed the cash slip, I told him I didn't understand why I had to pay for a situation that had been assessed as chronic, he didn't respond; I told him that I was and still am in extreme pain as having had to be transported to the "E-triage" by wheelchair, after he still wouldn't provide me with medication I asked my pusher to take me back to my housing unit. Nurse Volts witnessed the whole event. I want "Dr. Joe" sanctioned; as of (8/3/20) I want ($50.00) Fifty-Dollars a day for "Pain and Suffering"; and to be issued medication that actually works.

B. List actions taken and staff you have contacted, before submitting this grievance.
Nurse Annette Volts; (DA-Unit C/O: Leary)

Your grievance has been received and will be processed in accordance with DC-ADM 804.

M. Olando                                                      8/5/2020
Signature of Facility Grievance Coordinator                    Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

Superintendent's Office
SCI Phoenix
AUG - 5 2020
Received

DC-ADM 804, Inmate Grievance System Procedures Manual
Section 1 – Grievances & Initial Review
Issued: 1/26/2016
Effective (Produced 9/23/2021)

Attachment A
DOC 00480



# Initial Review Response
SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

08/18/2020 07:30

| Inmate Name: | ABNEY, CAREY | DOC #: | DB8288 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | D / A |
| Grievance #: | 882001 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

Decision: Uphold In Part/Deny In Part

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

Response:

Mr. Abney you stated, "On 8/3/20 I went to the "E-triage" to get his medication renewed for an existing hernia. Dr Joe said he needed to fill out a cash slip to get the medication renewed but inmate states his situation is chronic until hernia repaired".
Documentation indicates that you were seen by a medical provider in Trauma Triage East on 08/03/2020. Your complaint included pain from a hernia where you requested to continue to be provided with Tylenol#3 or something stronger. You refused to sign a sick call form or a refusal form. You were advised that you were being charged for a non-emergency evaluation since you were seen in TT/east. However, if you would have been seen during sick-call, you would not have been charged. During this visit, no exam, no DX or medication was ordered. You were then seen at sick call on 8/4/2020 where you requested renewal of pain medication.
Grievance is upheld in part as pain medication was ordered and is available; ongoing unresolved medical issue with an upcoming surgical appointment. Grievance is denied in part as no monetary compensation will be granted.

| Signature: | |
|---|---|
| Name: | M. Savage |
| Title: | |
| Approver: | K. Owens |
| Date: | August 18, 2020 |

CC: Facility Grievance Coordinator
DC-15

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 1 - Grievances & Initial Review, Attachment 1-D

Issued: 1/26/2016 Effective: 2/16/2016

DB8288    Grievance #: 882001

ABNEY, CAREY

Page 1 of 1

(Produced 9/23/2021)

DOC 0010

3106751 pg 13 of 15 for CAREY ABNEY



# Final Appeal Decision Dismissal

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

01/29/2020 02:17

| Inmate Name: | ABNEY, CAREY | DOC #: | DB8288 |
|---|---|---|---|
| SCI Filed: | Phoenix | Current SCI: | Phoenix |
| Grievance #: | 834390 | | |

This serves to acknowledge receipt of your appeal to final review for the grievance identified above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, this Office has reviewed all documents provided as part of the grievance record. Upon consideration of the entire record, it is the decision of this office to dismiss your appeal to final review due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

**Decision:** Dismiss

Your grievance is being dismissed at the final appeal level for the reason(s) outlined below.

**Rationale:**

- You have not provided this Office with required and/or legible documentation for proper review.

**Response:**

You failed to provide a copy of your appeal to the Facility Manager.

| Signature: | |
|---|---|
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 01/29/2020 |

cc: DC-15/Superintendent - Phoenix
Grievance Office

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 2 - Appeals, Attachment 2-G         Issued: 1/26/2016  Effective: 2/16/2016

DB8288    Grievance #: 834390

ABNEY, CAREY                                                              Page 1 of 1

(Produced 9/23/2021)                                                              DOC 0001

3106751 pg 4 of 15 for CAREY ABNEY

| Reentrant Name | Reentrant # | Grievance # | Facility | Category | Status | Received Date |
|---|---|---|---|---|---|---|
| ABNEY, CAREY | DB8288 | 490912 | GRATERFORD | Health Care | SOIGA Response Comp | 12/23/2013 |
| ABNEY, CAREY | DB8288 | 643228 | GRATERFORD | Sentence | SOIGA Response Comp | 9/12/2016 |
| ABNEY, CAREY | DB8288 | 678040 | GRATERFORD | Health Care | SOIGA Response Comp | 5/15/2017 |
| ABNEY, CAREY | DB8288 | 816106 | PHOENIX | Medical Co-Pay | Initial Response Comp | 8/5/2019 |
| ABNEY, CAREY | DB8288 | 834390 | PHOENIX | Health Care | SOIGA Response Comp | 11/13/2019 |
| ABNEY, CAREY | DB8288 | 882001 | PHOENIX | COVID – Medical Co-pay | Initial Response Comp | 8/5/2020 |
| ABNEY, CAREY | DB8288 | 896721 | PHOENIX | Commissary | Initial Response Comp | 10/30/2020 |
| ABNEY, CAREY | DB8288 | 926715 | PHOENIX | Property | Initial Response Comp | 5/7/2021 |

Mr. Carey Abney DB-8288
SCI-Phoenix
1200 Mokychic Drive
Collegeville, PA 19426-0244

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

U.S.M.S.
X-RAY

Clerk of Court
U.S.D.C. Eastern District
601 Market Street
Federal Courthouse
Phila., PA 19106

