**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA. 19106-1797

Date: 1/21/22

**CAREY ABNEY**
DB-8288
SCI-PHOENIX
P.O. BOX 244
COLLEGEVILLE, PA 19426-0244

In response to your letter requesting the status of your case, according to the docket as of this date, the following has been filed **20-cv-4680**

(  ) Motion for

(  ) Order granted / denied (see attached entry).

(  ) Complaint filed on_____.

(  ) Summons executed / un-executed (see attached entry).

(  ) No legal advice.   Please contact the institution's Law Library

(  ) Please contact the Marshals with any questions concerning service.

(  ) Enclosed are some forms for your convenience.

(  ) For the last entry, please see attached.

( X ) Other: Last 3 pages of docket sheet are attached.