| | | |
|---|---|---|
| 08/17/2021 | 26 | ORDER THAT PRO SE PLAINTIFF'S 25 MOTION FOR EXTENSION OF TIME TO SUBMIT OPPOSITION TO DISMISSAL 25 IS GRANTED. PLAINTIFF SHALL SUBMIT RESPONSES TO THE PENDING MOTIONS TO DISMISS 22 AND 23 BY FRIDAY, 8/27/21. SIGNED BY HONORABLE C. DARNELL JONES, II ON 8/17/21.8/17/21 ENTERED & E-MAILED. NOT MAILED TO ABNEY. (fdc) (Entered: 08/17/2021) |
| 08/18/2021 | 28 | Response in Opposition re 27 Request for Default by CORRECT CARE SOLUTION. (FERRANTE, ALEXANDER) (Entered: 08/18/2021) |
| 08/18/2021 | | Copy of 26 Order mailed to Pro Se. (mas, ) (Entered: 08/18/2021) |
| 08/25/2021 | 35 | RESPONSE in Opposition re 22 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by CAREY ABNEY, Certificate of Service. (fdc) (Entered: 09/30/2021) |
| 09/01/2021 | 29 | ORDER THAT PLAINTIFF SHALL HAVE UNTIL WEDNESDAY, 9/8/21 TO COMPLY WITH THIS COURT'S AUGUST 17, 2021 ORDER 26 . SIGNED BY HONORABLE C. DARNELL JONES, II ON 9/1/21. 9/1/21 ENTERED & E-MAILED. NOT MAILED TO ABNEY. (fdc) (Entered: 09/01/2021) |
| 09/03/2021 | | COPY OF DOC. NO. 29 HAS BEEN MAILED TO PRO SE, ABNEY. (bw, ) (Entered: 09/03/2021) |
| 09/03/2021 | 30 | Plaintiff's Reply to Defendants' misnomer facts and opposition to reverse any application for entry of default against CCS defendants, Certificate of Service. (fdc) (Entered: 09/08/2021) |
| 09/09/2021 | 31 | Statement *in Response to Request for Default against it (Doc. 27)* by CORRECT CARE SOLUTION. (Attachments: # 1 Exhibit) (FERRANTE, ALEXANDER) (Entered: 09/09/2021) |
| 09/15/2021 | 32 | Plaintiff Carey Abney's Responses to this court's 9/1/21 order, Certificate of Service. (fdc) (Entered: 09/16/2021) |
| 09/16/2021 | 33 | ORDER THAT PLAINTIFF SHALL HAVE UNTIL MONDAY, 9/27/21 TO COMPLY WITH THIS COURT'S 8/17/21 ORDER 26 . SIGNED BY HONORABLE C. DARNELL JONES, II ON 9/16/21. 9/16/21 ENTERED & E-MAILED. NOT MAILED TO ABNEY. (fdc) (Entered: 09/16/2021) |
| 09/17/2021 | | COPY OF DOC. NO. 33 HAS BEEN MAILED TO PRO SE, ABNEY. (bw, ) (Entered: 09/17/2021) |
| 09/29/2021 | 34 | ORDER THAT PLAINTIFF SHALL HAVE UNTIL FRIDAY, 10/8/21 TO COMPLY WITH THIS COURT'S AUGUST 17, 2021 ORDER 26 . SIGNED BY HONORABLE C. DARNELL JONES, II ON 9/29/21. 9/29/21 ENTERED & E-MAILED. NOT MAILED TO ABNEY. (fdc) (Entered: 09/29/2021) |
| 09/30/2021 | | COPY OF DOC. NO. 34 HAS BEEN MAILED TO PRO SE, ABNEY. (bw, ) (Entered: 09/30/2021) |
| 10/01/2021 | 36 | Request for Default Judgment CAREY ABNEY against CORRECT CARE SOLUTION, Certificate of Service. (fdc) (Entered: 10/01/2021) |
| 10/01/2021 | 37 | MOTION to Compel Discovery filed by CAREY ABNEY, Certificate of Service.(fdc) (Entered: 10/01/2021) |

| | | |
|---|---|---|
| 10/04/2021 | 38 | Objections by CORRECT CARE SOLUTION re 36 Request for Default Judgment . (FERRANTE, ALEXANDER) (Entered: 10/04/2021) |
| 10/07/2021 | 39 | RESPONSE to Motion re 37 MOTION to Compel filed by MANDY SIPPLE, JAMIE SOBER. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1: Plaintiff discovery request, # 3 Exhibit 2: September 23, 2021 letter, # 4 Exhibit 3: September 29, 2021 letter)(BRADFORD, KEVIN) (Entered: 10/07/2021) |
| 10/07/2021 | 40 | Plaintiff, Carey Abney's Reply to defendants Soben/Sipple 9/23/21 missive, Certificate of Service. (fdc) (Entered: 10/08/2021) |
| 10/13/2021 | 41 | RESPONSE in Opposition re 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *the Amended Complaint* filed by CAREY ABNEY, Certificate of Service. (fdc) (Entered: 10/13/2021) |
| 10/15/2021 | 42 | ORDER THAT THE CLERK OF COURT IS DIRECTED TO MAIL PLAINTIFF COPIES OF DEFENDANTS' MOTIONS TO DISMISS 22 AN 25 . SIGNED BY HONORABLE C. DARNELL JONES, II ON 10/14/21. 10/15/21 ENTERED & E-MAILED. ABNEY MAILED BY CHAMBERS.(fdc) (Entered: 10/15/2021) |
| 10/22/2021 | 43 | MOTION to Appoint Counsel filed by CAREY ABNEY, Memorandum, Declaration, Certificate of Service.(fdc) (Entered: 10/26/2021) |
| 10/27/2021 | 44 | RESPONSE in Opposition re 43 MOTION to Appoint Counsel filed by CORRECT CARE SOLUTION. (FERRANTE, ALEXANDER) (Entered: 10/27/2021) |
| 10/27/2021 | 45 | ORDER THAT PLAINTIFF'S 43 MOTION TO APPOINT COUNSEL IS DENIED. SIGNED BY HONORABLE C. DARNELL JONES, II ON 10/27/21.10/27/21 ENTERED AND COPY MAILED TO ABNEY.(fdc) (Entered: 10/27/2021) |
| 10/28/2021 | 46 | ORDER THAT PLAINTIFF SHALL SUBMIT A RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS (ECF NOS.22 AND 23) BY FRIDAY, 11/5/21. SIGNED BY HONORABLE C. DARNELL JONES, II ON 10/27/21. 10/27/21 ENTERED & E-MAILED. MAILED TO ABNEY.(fdc) (Entered: 10/28/2021) |
| 11/10/2021 | 47 | CAREY ABNEY MOTION FOR AN EXTENSION OF TIME, CERTIFICATE OF SERVICE..(JL ) (Entered: 11/15/2021) |
| 11/19/2021 | 48 | RESPONSE to Motion re 47 MOTION for Extension of Time to File filed by CORRECT CARE SOLUTION. (FERRANTE, ALEXANDER) (Entered: 11/19/2021) |
| 11/23/2021 | 49 | ORDER THAT PLAINTIFF'S 47 MOTION FOR EXTENSION OF TIME IS GRANTED. PLAINTIFF SHALL HAVE UNTIL WEDNESDAY, 12/15/21 TO FILE A RESPONSE TO THE PENDING MOTIONS TO DISMISS (ECF NOS. 22 & 23). SIGNED BY HONORABLE C. DARNELL JONES, II ON 11/19/21.11/23/21 ENTERED & E-MAILED. NOT MAILED TO ABNEY. (fdc) (Entered: 11/23/2021) |
| 11/23/2021 | | Set/Reset Deadlines as to 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *the Amended Complaint*, 22 MOTION TO |

| | | |
|---|---|---|
| | | DISMISS FOR FAILURE TO STATE A CLAIM . RESPONSES DUE BY 12/15/2021. (fdc, ) (Entered: 11/23/2021) |
| 11/24/2021 | | PAPER #49 MAILED TO PRO SE (JL (Entered: 11/24/2021) |
| 12/17/2021 | 50 | Plaintiff's Opposition to Defendants' Sipple/Soben's Motion to Dismiss claiming failure to exhaust all PA.DOC remedies prior to commencing the suit, Certificate of Service. (fdc) (Entered: 12/17/2021) |
| 12/22/2021 | 51 | Plaintiff's Opposition to CCS Motion to Dismiss, Certificate of Service.(mbh, ) (Entered: 12/22/2021) |
| 12/27/2021 | 52 | REPLY to Response to Motion re 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *the Amended Complaint* filed by CORRECT CARE SOLUTION. (FERRANTE, ALEXANDER) (Entered: 12/27/2021) |
| 01/05/2022 | 53 | ORDER THAT DEFENDANTS' MOTIONS TO DISMISS (ECF NOS. 22 & 23) ARE GRANTED; AND PLAINTIFF'S MOTION TO COMPEL (ECF NO.37) IS DENIED AS MOOT. SIGNED BY HONORABLE C. DARNELL JONES, II ON 1/4/22.1/5/22 ENTERED & E-MAILED. MAILED TO ABNEY. (fdc) (Entered: 01/05/2022) |
| 01/13/2022 | 54 | Notice of Appeal by CAREY ABNEY. IFP 11/23/20 Copies to Judge, Clerk USCA, Appeals Clerk. (Attachments: # 1 Letter)(mbh, ) (Entered: 01/20/2022) |
| 01/20/2022 | 55 | Notice of Appeal as to 53 Order on Motion to Compel, Order on Motion to Dismiss for Failure to State a Claim by CAREY ABNEY. IFP 11/23/20. Copies to Judge, Clerk USCA, Appeals Clerk.(mbh, ) (Entered: 01/21/2022) |