# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1129

Carey Abney v. Correct Care Solutions, et al

(U.S. District Court No.: 2-20-cv-04680)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.


For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 24, 2022
DW/cc:
    Mr. Carey Abney
    Ms. Kate Barkman, Clerk
    Alexander R. Ferrante, Esq.
    Michael J. Scarinci, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate