IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAREY ABNEY, | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | No. <u>20-4680</u> |
| | : | |
| JOHN WETZEL, et al., | : | |
|     *Defendants*. | : | |

## ORDER

**AND NOW**, this 17th day of May, 2022, the Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter for statistical purposes.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II     J.